UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>   vs.<br><br>JACK RAY LOVITT,<br><br>               Defendant. | No. CR-13-033-JLQ<br><br>ORDER RE: MOTION TO VACATE PLEA |

     A hearing was held on Defendant's Motion to Vacate Guilty Plea (ECF No. 27) on June 27, 2013. Defendant was present, in custody, and represented by David Miller. Assistant United States Attorney Caitlin Baunsgard appeared for the Government. The basis of the Motion was Defendant's concern that he had been incorrectly advised as to his maximum possible sentencing exposure at the time of his plea of guilty.

     The Plea Agreement (ECF No. 23) states that the maximum sentence is 10 years imprisonment, and that the court may "impose any sentence it deems appropriate up to the statutory maximums stated in this Agreement." (ECF No. 23, ¶ 2). The Government, in its response to the Motion, acknowledges that the parties did not consider whether Defendant could be an Armed Career Criminal. The Government stated that it "intends to stand by the terms outlined in the plea agreement." (ECF No. 30, p. 2). The Government stated at the hearing that it would not argue for a sentence exceeding 120 months. With the agreement by the Government to stand by the agreement, the Defendant expressed a desire to proceed under the Plea Agreement.

Accordingly,

ORDER - 1

1 **IT IS HEREBY ORDERED**:

2   1. Defendant's Motion to Vacate (ECF No.27) is **DENIED**.  This matter remains set for sentencing **on Friday, July 12, 2013, at 2:00 p.m.**

   **IT IS SO ORDERED**.  The Clerk shall enter this Order and furnish copies to counsel and the United States Marshal.

   Dated this 27th day of June, 2013.

                             s/ Justin L. Quackenbush
                          JUSTIN L. QUACKENBUSH
                  SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2