PROB 12C
(6/16)

Report Date: August 19, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jack Ray Lovitt                Case Number: 0980 2:13CR00033-TOR-1

Address of Offender: ███████████████  Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 12, 2013

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 120 months            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  Caitlin A. Baunsgard         Date Supervision Commenced: August 12, 2021

Defense Attorney:     Alison Guernsey              Date Supervision Expires: August 11, 2024

### PETITIONING THE COURT

To issue a summons.

On August 12, 2021, Mr. Lovitt's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**:  The offender is alleged to have violated special condition number 16, by ingesting a controlled substance, methamphetamine, on or about August 1, 2022.<br><br>On August 1, 2022, Mr. Lovitt submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for methamphetamine.  At that time, he signed an admission form acknowledging use of said substance. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Lovitt, Jack Ray**
**August 19, 2022**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 19, 2022

s/ Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Thomas O. Rice
United States District Judge

August 22, 2022
Date