PROB 12C
(6/16)

Report Date: September 19, 2022

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2022

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jack Ray Lovitt                  Case Number: 0980 2:13CR00033-TOR-1

Address of Offender:                                              Spokane, Washington 99217

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 12, 2013

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1); Armed Career Criminal, 18 U.S.C. § 924(e); |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | August 12, 2021 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | August 11, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/19/2022.

On August 12, 2021, Mr. Lovitt's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 16, by ingesting controlled substances, amphetamine and methamphetamine, on or about August 8, 2022. |
| | On August 8, 2022, Mr. Lovitt submitted a urine specimen at Spokane Addiction Recovery Centers (SPARC) that returned presumptive positive for amphetamine and methamphetamine. When questioned by th is officer, Mr. Lovitt denied use of said substances. |

Prob12C
**Re: Lovitt, Jack Ray**
**September 19, 2022**
**Page 2**

On September 12, 2022, this officer received notification from SPARC that the offender's urine specimen was confirmed positive for amphetamine and methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 19, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge
    September 20, 2022

Date