PROB 12C
(6/16)

Report Date: November 8, 2022

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

**Nov 09, 2022**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jack Ray Lovitt | Case Number: 0980 2:13CR00033-TOR-1 |
| Address of Offender: | Spokane, Washington 99217 |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 12, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1); Armed Career Criminal, 18 U.S.C. § 924(e) | | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | August 12, 2021 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | August 11, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/19/2022 and 9/20/2022.

On August 12, 2021, Mr. Lovitt's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence:** The offender is alleged to have violated special condition number 16, by ingesting a controlled substance, cocaine, on or about October 19, 2022.<br><br>On October 19, 2022, Mr. Lovitt submitted a urine specimen at Pioneer Human Services (PHS) that returned presumptive positive for cocaine.  At that time, he signed a denial form indicating he had not used said substance.  The urine specimen was thereafter sent to the national laboratory and it was confirmed positive for cocaine. |

Prob12C
Re: Lovitt, Jack Ray
November 8, 2022
Page 2

On October 20, 2022, the undersigned contacted Mr. Lovitt to discuss his positive urinalysis test. At that time, he admitted to the probation officer that he used cocaine a few days prior to the collection of his urine specimen.

4    **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: The offender is alleged to have violated special condition number 16, by failing to report to PHS for urinalysis testing on October 28, 2022.

This officer received email correspondence from PHS indicating the offender failed to report for urinalysis testing on October 28, 2022.

5    **Standard Condition #2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the U.S. Probation Office for a scheduled appointment on October 31, 2022.

On October 27, 2022, the probation officer instructed Mr. Lovitt to report to the U.S. Probation Office on October 28, 2022. He failed to report as instructed. When questioned by the probation officer, he indicated he did not report for the scheduled appointment because he thought he was going to jail.

6    **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence:** The offender is alleged to have violated special condition number 16, by ingesting amphetamine and methamphetamine, on or about November 2, 2022.

On November 2, 2022, Mr. Lovitt submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for amphetamine and methamphetamine. When questioned by the probation officer, he admitted to using methamphetamine. The urine specimen was thereafter sent to the national laboratory and was confirmed positive for amphetamine and methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
**Re: Lovitt, Jack Ray**
**November 8, 2022**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 8, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

November 9, 2022
Date