PROB 12C
(6/16)

Report Date:  May 5, 2023

## United States District Court

for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2023

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jack Ray Lovitt                     Case Number: 0980 2:13CR00033-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 12, 2013

Original Offense:        Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1); Armed
                         Career Criminal, 18 U.S.C. § 924(e)

Original Sentence:       Prison - 120 months          Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Caitlin A. Baunsgard         Date Supervision Commenced: August 12, 2021

Defense Attorney:        Justin Lonergan              Date Supervision Expires: August 11, 2024

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/19/2022, 09/20/2022, 11/08/2022 and 03/29/2023.

On August 12, 2021, Mr. Lovitt's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 16, by ingesting a controlled substance, methamphetamine, on or about March 21, 2023.

On March 21, 2023, Mr. Lovitt submitted a urine specimen at Spokane Addiction Recovery Centers (SPARC) that returned presumptive positive for methamphetamine.

On May 5, 2023, the probation officer received notification from SPARC  that the above-referenced urine specimen was confirmed positive for methamphetamine.

**Prob12C**
**Re: Lovitt, Jack Ray**
**May 5, 2023**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 5, 2023
_____

s/Lori Cross
_____

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[X]    Other : *The Revocation of Supervised Release Hearing set for 5/17/2023 remains set.*

_____
Thomas O. Rice
United States District Judge

May 8, 2023
_____
Date