PROB 12C
(6/16)

Report Date:  March 29, 2023

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jack Ray Lovitt | Case Number: 0980 2:13CR00033-TOR-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓, Spokane, Washington 99217 | |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 12, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922 (g)(1); Armed Career Criminal, 18 U.S.C. § 924(e) | | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 12, 2021 | |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: August 11, 2024 | |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/19/2022, 09/20/2022 and 11/08/2022.

On August 12, 2021, Mr. Lovitt's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #15**: You shall undergo a substance abuse evaluation, and if indicated by a licensed certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 15, by failing to attend group treatment sessions at Spokane Addiction Recovery Centers (SPARC) on March 21 and 22, 2023. |
| | Mr. Lovitt's substance abuse counselor contacted the probation officer and advised that Mr. Lovitt failed to attend required group treatment sessions on March 21 and 22, 2023. |

Prob12C
Re: Lovitt, Jack Ray
March 29, 2023
Page 2

| | | |
|---|---|---|
| 8 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons. | |

**Supporting Evidence**: The offender is alleged to have violated standard condition number 5, by failing to maintain lawful employment.

On March 23, 2023, this officer spoke to Mr. Lovitt's employer in an effort to contact him. During the conversation, his employer advised that Mr. Lovitt had not been at work since March 17, 2023. Further, his employer stated the offender had sent a text message to his direct supervisor indicating he was, "on the run," from law enforcement. As of this writing, he has made no additional contact with his employer.

9   **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 16, by failing to submit to urinalysis testing at Pioneer Human Services (PHS) on March 23 and 27, 2023.

The probation officer received email correspondence from PHS indicating Mr. Lovitt failed to report to their facility for urinalysis testing on March 23 and 27, 2023.

10   **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the probation officer on March 26, 2023.

On March 24, 2023, the probation officer attempted to contact the offender at his residence. Mr. Lovitt did not answer the door, so the undersigned left a business card instructing him to report to the U.S. Probation Office on March 26, 2023. Mr. Lovitt failed to report for this scheduled appointment.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 29, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Lovitt, Jack Ray
March 29, 2023
Page 3

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [X] Other: *The Final Revocation of Supervised Release Hearing set for 5/17/2023 remains set.*

Thomas O. Rice
United States District Judge

March 29, 2023
Date