PROB 12C
(6/16)

Report Date: February 24, 2025

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jack Ray Lovitt | Case Number: 0980 2:13CR00033-TOR-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Spokane, Washington 99260 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, United States District Judge | |
| Date of Original Sentence: July 12, 2013 | |
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 10, 2024) | Prison - 12 months, 1 day<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 27, 2024 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: August 26, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition for future proceedings with the violation(s) previously reported to the Court on November 8 and 19, 2024.

On August 28, 2024, the probation officer reviewed the conditions of supervised release with the offender and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1 by committing the offense of Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A), on or about January 29, 2025.<br><br>On January 29, 2025, Mr. Lovitt was arrested by the Spokane Police Department due to his outstanding federal warrant.<br><br>According to Spokane Police Department incident report number 2025-20019460, an investigation began after a cooperating individual purchased methamphetamine from Mr. Lovitt in January 2025. That same month, a GPS tracker was placed on his vehicle and investigating officers began monitoring his whereabouts. |

Prob12C
Re: Lovitt, Jack Ray
February 24, 2025
Page 2

On January 29, 2025, law enforcement observed Mr. Lovitt make a suspected drug deal in a parking lot. Officers continued to perform surveillance on the vehicle and ultimately arrested Mr. Lovitt at a gas station.

Due to suspicion that there may be illicit substances in the vehicle, a K-9 detective was asked to assist. The K-9 was walked around the offender's vehicle and it alerted near the trunk area, which indicated that an odor of illegal narcotics was detected. In response, the vehicle was towed and a search warrant was subsequently issued. Inside the vehicle, officers discovered three working scales, one of which contained a white residue. They also located an estimated 11 pounds of methamphetamine, $9,098 in cash, fake U.S. currency, used drug packaging and an additional unknown substance. It should be noted, $599 was removed from Mr. Lovitt's person at the time of his arrest.

According to the U.S. Attorney's Office, a federal indictment will be forthcoming.

9   **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by possessing methamphetamine, on or about January 29, 2025.

As noted in violation number 8, approximately 11 pounds of methamphetamine was seized from Mr. Lovitt's vehicle on or about January 29, 2025.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 24, 2025

s/ Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Lovitt, Jack Ray
February 24, 2025
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge

February 25, 2025
Date